UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FILED
RECEIVED
AUG 2 1 2006
U.S. DISTRICT COURT
DISTRICT OF ARIZONA
BY

COPY

FILED
CLERK, U.S. DISTRICT COURT

AUG 1 4 2006

CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

| UNITED STATES OF AMERICA, Plaintiff, v. DAVID MARTINEZ, Defendant. | CASE NUMBER CR 06 -708-001-PHX-NVW 06-1456M |
|---|---|

FINAL COMMITMENT AND WARRANT OF REMOVAL TO
_____ DISTRICT OF ___ARIZONA___
AT_____ PHOENIX _____
(City)

**TO:   UNITED STATES MARSHAL FOR THE CENTRAL DISTRICT OF CALIFORNIA:**

The above-named defendant is hereby remanded to your custody and you are hereby ORDERED to remove him forthwith, along with a certified copy of this Commitment, to the custodian of a place of confinement within the District of Origin, approved by the Attorney General of the United States, where the defendant shall be received and safely kept until discharged in due course of law.

This defendant was arrested in this District after:

☐ filing of a complaint before a U.S. Magistrate Judge

☒ an indictment by a Grand Jury and

☒ a bench warrant issued by Clerk of the District of Origin charging that between July and August of 2005, in the District of Origin, the defendant did:

CONSPIRE TO POSSESS WITH THE INTENT TO DISTRIBUTE COCAINE, A CONTROLLED SUBSTANCE,

in violation of Title _ 21: 846;  841(a)(1) and 841(b)(1)(A)(ii)

The defendant has now:

☒   duly waived identity hearing before me on _ August 9, 2006 _.

☐   duly waived preliminary examination before me on _____, 9_____

☐   had a hearing before me _____, 19_____, and it appears that there is probable cause to believe that the offense so charged has been committed and that the defendant has committed it.

☐   had a hearing before me on _____, and it appears that the defendant is the person named as charged, and

　　☐   BAIL HAS BEEN SET AT $_____ BUT HAS NOT BEEN POSTED.
　　☐   NO BAIL HAS BEEN SET.
　　☒   PERMANENT DETENTION HAS BEEN ORDERED.
　　☐   TEMPORARY DETENTION HAS BEEN ORDERED.

DATED: _ 8/11/06 _

Ralph Zarefsky
RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE

(1120)

DOCKETED ON CM
AUG 1 5 2006
BY _____ 189

==================================================
**RETURN**

Received this commitment and designated prisoner on _____, 19___, and on _____

19___, committed him to _____ and left with the custodian at the same time a certified copy of the within temporary commitment.

UNITED STATES MARSHAL
CENTRAL DISTRICT OF CALIFORNIA

DATED:_____            By_____, Deputy

M-15 (08/99)            FINAL COMMITMENT AND WARRANT OF REMOVAL



# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 06-1456m |
| Plaintiff, | ) | |
| | ) | ORDER OF DETENTION |
| vs. | ) | |
| David Martinez | ) | |
| Defendant. | ) | |



I

A.  (X)  On motion of the Government in a case allegedly involving:

    1.  ( )  a crime of violence.

    2.  ( )  an offense with maximum sentence of life imprisonment or death.

    3.  (X)  a narcotics or controlled substance offense with maximum sentence of ten or more years.

    4.  ( )  a felony - where defendant convicted of two or more prior offenses described above.



B.   ( ) On motion ( ) by the Government/ ( ) on Court's own motion, in a case allegedly involving:

    (√) On the further allegation by the Government of:

    1.   (√) a serious risk defendant will flee.

    2.   ( ) a serious risk defendant will:

        a.   ( ) obstruct or attempt to obstruct justice.

        b.   ( ) threaten, injure or intimidate a prospective witness or juror, or attempt to do so.

C.   The Government (√ is/ ( ) is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure defendant's appearance as required and the safety or any person or the community.


II

The Court finds that no condition or combination of conditions will reasonably assure:

    1.   (√) the appearance of defendant as required.

    (√) and/or

    2.   (√) the safety of any person or the community.


III

The Court has considered:

A.   the nature and circumstances of the offenses;

B.   the weight of evidence against the defendant;

C.   the history and characteristics of the defendant; and

D.   the nature and seriousness of the danger to any person or the community.

IV

The Court has considered all the evidence adduced at the hearing and the arguments and/or statements of counsel.


V

The Court bases the foregoing finding(s) on the following:

A.   (✗) Flight risk: *Conflicting information from ∆ & Relatives as to background & residence; outstanding warrant(s)*

B.   (✗) Danger: *Nature of the charges*

C.   (✗) See also Pretrial Services Report/recommendation.

D.   (✗) Defendant has not rebutted by sufficient evidence to the contrary the presumption provided by statute.


VI

A.   The Court finds that a serious risk exists that defendant will:

    1.   ( ) obstruct or attempt to obstruct justice.

    2.   ( ) threaten, injure or intimidate a witness/juror.

    3.   ( ) attempt to threaten, injure or intimidate a witness/ juror.

B.   The Court bases the foregoing finding(s) on the following:

_____

_____

( ) See also Pretrial Services Report/recommendation.

VI

A.   IT IS THEREFORE ORDERED that defendant be detained prior to trial.

B.   IT IS FURTHER ORDERED that defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

C.   IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private consultation with counsel.

D.   IT IS FURTHER ORDERED that, on order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined deliver defendant to a United States marshal for the purpose of an appearance in connection with a court proceeding.

Dated:   _____8/9/06_____

_____
(RALPH ZAREFSKY)
UNITED STATES MAGISTRATE JUDGE

4

P-send
JS-3

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### RECORD OF PROCEEDINGS

CASE NO. **06-1456 m**  TAPE NO. **CR 8/9/06 A**  DATE: **8/9/06**

PRESENT: THE HONORABLE **Ralph Zarefsky** _____ U.S. MAGISTRATE JUDGE

**I. Bernal** _____ **Bayron Gilchrist** _____ **n/a**
Deputy Clerk | Assistant U.S. Attorney | Interpreter / Language

USA v.

**David Martinez**

X Present X Custody __Bond __Not present

ATTORNEYS PRESENT FOR DEFENDANTS:

**Nick Reyes**

X Present __CJA X Retd __DFPD __Not present

---

**PROCEEDINGS:** ~~TEMPORARY~~ / PERMANENT DETENTION HEARING

**X** Matter called for ☐ temporary ☒ permanent detention hearing.

_____ Court finds probable cause to believe that the offense so charged has been committed and that the defendant has committed it.

_____ Witnesses CST (see separate list). _____ Exhibits Marked/Admitted (see separate list).

**X** Court finds presumption under 18 USC 3142e _____ has not been rebutted and ORDERS DEFENDANT PERMANENTLY DETAINED. See separate detention order.

_____ Court finds presumption under 18 USC 3142e _____ has been rebutted and therefore, sets bail. See below for bail information.

_____ Court orders that defendant be detained for a period not to exceed ten (10) Court days. See separate order re temporary detention.

_____ Court further orders U.S. Attorney to notify _____
(Name of appropriate officials)

_____ Court orders further bail hearing to be set on _____ at _____ a.m./p.m. in Courtroom _____
if _____ fails or declines to take custody of defendant.
(Name of appropriate officials)

_____ Court does not find sufficient cause to temporarily detain defendant and sets bails. See below for bail information.

_____ Court orders case continued to _____ at _____ a.m./p.m. for _____

**X** Other _Deft files waiver of rights. Deft held to answer to District of Arizona. USM to transport deft. Final Commitment/Warrant of Removal to issue._

**BAIL INFORMATION**

**TYPE OF BOND**
☐ Personal Recognizance
  (Signature only - no dollar amount)
☐ Unsecured Appearance Bond in amount of $_____
☐ Appearance Bond in amount of $_____
  ☐ with cash deposit (amount or %) _____
  ☐ with affidavit of surety (no justification) (Form CR-4)
  ☐ with justification affidavit of surety (Form CR-3)
  ☐ with deeding of property
☐ Collateral Bond in amount of $_____
  (cash or negotiable securities)
☐ Corporate Surety Bond in amount of $_____
  (Corporate Surety Bond requires separate form)
☐ Release NOW and justify by _____
  **OR** appear before Magistrate Judge _____
  at _____ AM/PM on _____

**CONDITIONS OF RELEASE**
☐ PSA Supervision   ☐ Intensive
☐ Surrender passport
☐ Bail subject to Nebbia Hearing
☐ Travel restricted to CD/CA; Other _____
☐ Avoid places of egress
☐ Alcohol/Drug testing
☐ Not illegally use or possess drugs or be in the presence of anyone illegally using
☐ Release only to PSA
☐ Residence approved by PSA
☐ Not possess firearms or be in the presence of anyone using or possessing firearms
☐ Other _____

_____ **Bond Posted**

_____ **Release Ordered Forthwith; Issued Release No.** _____

Distribution:  Blue - AUSA   Yellow - Defendant   Pink - PSA

M-46 (6/98)   **RECORD OF PROCEEDINGS - TEMPORARY/PERMANENT DETENTION HEARING**

DOCKETED ON CM
AUG 1 5 2006
BY _____ 189

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | |
|---|---|
| | PLAINTIFF |
| v. | |
| ᗪᗩᐯIᗪ Mᗩᑎtiᑎᗴᖇ | DEFENDANT. |

CASE NUMBER:

06-1456 M

**WAIVER OF RIGHTS**
**(OUT OF DISTRICT CASES)**

I understand that charges are pending in the _____ District of __Arizona__
alleging violation of __12 USC 846 e Fed__ and that I have been arrested in this district and
(Title and Section / Probation / Supervised Release)
taken before a United States Magistrate Judge, who has informed me of the charge(s) and my rights to:

(1)    have an identity hearing to determine whether I am the person named in the charges;

(2)    receive a copy of the charge(s) against me;

*-Check one only-*

☐    **EXCLUDING PROBATION OR SUPERVISED RELEASE CASES:**

(3)    have a preliminary examination (unless an indictment has been returned or an information filed)
to determine whether there is probable cause to believe an offense has been committed by me,
the hearing to be held in this district or the district of prosecution; and

(4)    request transfer of the proceedings to this district under Rule 20, Fed.R.Crim.P., in order to plead
guilty.

☐    **PROBATION OR SUPERVISED RELEASE CASES:**

(3)    have a preliminary hearing (if the violation charged allegedly occurred in this district, and I am
held in custody solely on that charge) under Rule 32.1(b), Fed.R.Crim.P., to determine whether
there is probable cause to believe I have violated the terms of my probation/supervised release.

## I HEREBY WAIVE (GIVE UP) MY RIGHT(S) TO:

☒    have an identity hearing

☐    receive a copy of the charges(s) against me

☐    have a preliminary examination

☐    have an identity hearing, and I have been informed that I have no right to a preliminary
examination

☐    have an identity hearing, but I request that a preliminary examination be held in the prosecuting
district

_____
Defendant

_____
Defense Counsel

_____
United States Magistrate Judge

Date: __8-9-06__

FILED
CLERK, U.S. DISTRICT COURT
AUG - 9 2006
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

DOCKETED ON CM
AUG 15 2006
BY _____ 189

M-14 (03/03)    WAIVER OF RIGHTS (OUT OF DISTRICT CASES)



# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | 06-1456 m |
| v. | |
| David Martinez | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
| DEFENDANT(S). | |

Upon motion of _____deft_____, IT IS ORDERED that a detention hearing is set for ___Wednesday___, _8|9|06_, at _2:0_ ☐a.m. / ☒p.m. before the Honorable _RALPH ZAREFSKY_, in Courtroom _341 - Roybal_.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.

_____
*(Other custodial officer)*

Dated: ___8/7/06___          _R. Zarefsky_
                              U.S. District Judge/Magistrate Judge





---

1 | DEBRA WONG YANG
United States Attorney
2 | THOMAS P. O'BRIEN
Assistant United States Attorney
3 | Chief, Criminal Division
BAYRON T. GILCHRIST (Cal. Bar No. 212393)
4 | Assistant United States Attorney
General Crimes Section
5 |     1200 United States Courthouse
     312 North Spring Street
6 |     Los Angeles, California  90012
     Telephone: (213) 894-3152
7 |     Facsimile: (213) 894-0141
     E-mail: bayron.t.gilchrist@usdoj.gov
8 |
Attorneys for Plaintiff
9 | United States of America

FILED
CLERK, U.S. DISTRICT COURT

AUG - 4 2006

CENTRAL DISTRICT OF CALIFORNIA
BY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 06-708-001-PHX-NVW |
|---|---|---|
| Plaintiff, | ) | |
| | ) | GOVERNMENT'S NOTICE OF REQUEST |
| v. | ) | FOR DETENTION |
| | ) | |
| David Martinez    Defendant. | ) | |

DOCKETED ON CM

AUG 1 5 2006

BY _____ 189

Plaintiff, United States of America, by and through its counsel of record, hereby requests detention of defendant and gives notice of the following material factors:

_____ 1.   Temporary 10-day Detention Requested (§ 3142(d))

       on the following grounds:

       _____ a. offense committed while defendant was on release

             pending (felony trial), (sentencing) (appeal) or

             on (probation) (parole);

       _____ b. alien not lawfully admitted for permanent

             residence;

⑤

1    ____ c.  flight risk;

2    ____ d.  danger to community.

3  X  2.  Pretrial Detention Requested (§ 3142(e)) because no

4       condition or combination of conditions will

5       reasonably assure against:

6    X  a.  danger to any other person or the community;

7    X  b.  flight.

8  ____  3.  Detention Requested Pending Supervised

9       Release/Probation Revocation Hearing (Rules

10       32.1(a)(6), 46(d), and 18 U.S.C. § 3143(a)):

11    ____ a. Defendant cannot establish by clear and

12       convincing evidence that he/she will not pose a

13       danger to any other person or to the community;

14    ____ b. Defendant cannot establish by clear and

15       convincing evidence that he/she will not flee.

16  X  4.  Presumptions Applicable to Pretrial Detention (18

17       U.S.C. § 3142(e)):

18    X  a.  Title 21 or Maritime Drug Law Enforcement Act

19       ("MDLEA") (46 U.S.C. App. 1901 et seq.) offense

20       with 10-year or greater maximum penalty

21       (presumption of danger to community and flight

22       risk);

23    ____ b.  offense under 18 U.S.C. § 924(c) (firearm

24       used/carried/possessed during/in relation to/in

25       furtherance of crime), § 956(a), or § 2332b

26       (presumption of danger to community and flight

27       risk);

28

2

1     _____ c.  offense involving a minor victim under 18 U.S.C.

2               §§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245,

3               2251, 2251A, 2252(a)(1)-(a)(3), 2252A(a)(1)-

4               2252A(a)(4), 2260, 2421, 2422, 2423 or 2425

5               (presumption of danger to community and flight

6               risk);

7     _____ d.  defendant currently charged with (I) crime of

8               violence, (II) offense with maximum sentence of

9               life imprisonment or death, (III) Title 21 or

10              MDLEA offense with 10-year or greater maximum

11              sentence, or (IV) any felony if defendant

12              previously convicted of two or more offenses

13              described in I, II, or III, or two or more state

14              or local offenses that would qualify under I, II,

15              or III if federal jurisdiction were present, or a

16              combination of such offenses, AND defendant was

17              previously convicted of a crime listed in I, II,

18              or III committed while on release pending trial,

19              AND the current offense was committed within five

20              years of conviction or release from prison on the

21              above-described previous conviction (presumption

22              of danger to community).

23  X  5.  Government Is Entitled to Detention Hearing

24          Under § 3142(f) If the Case Involves:

25     _____ a.  a crime of violence (as defined in 18 U.S.C.

26               § 3156(a)(4));

27     X  b.  an offense for which maximum sentence is life

28

3

1           imprisonment or death;

2     X    c. Title 21 or MDLEA offense with maximum sentence

3           of ten years or more;

4    ____ d. instant offense is felony and defendant has two

5           or more convictions for a crime set forth in a-c

6           above or for an offense under state or local law

7           that would qualify under a, b, or c if federal

8           jurisdiction were present;

9    ____ e. serious risk defendant will flee;

10   ____ f. serious risk defendant will (obstruct or attempt

11          to obstruct justice) (threaten, injure, or

12          intimidate witness or juror, or attempt to do

13          so).

14 ____ 6. Government requests continuance of _____ days for

15          detention hearing based upon the following reason:

16          _____

17          _____

18 ____ 7. Good cause for continuance in excess of three days

19          exists in that:

20          _____

21          _____

22 DATED: __8/14/06_____   Respectfully submitted,

23          DEBRA WONG YANG

24          United States Attorney

25          _____

26          BAYRON T. GILCHRIST

            Assistant United States Attorney

27          Attorneys for Plaintiff

28          United States of America

P SEND

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | |
|---|---|
| PLAINTIFF | ☒LA  ☐RS  ☐SA  ☐ UNDER SEAL |
| | CASE NUMBER: MJ 06 - 1456 |
| | ☐ COMPLAINT  ☒ OUT OF DISTRICT AFFIDAVIT |
| v. | ☐ INDICTMENT  ☐ INFORMATION |
| | ☐ SUMMONS  ☐ EXTRADITION |
| | ☐ PSA/PO WARRANT |
| | ☐ SUPER FAST TRACK (Class B Misdemeanor) |
| | FILED: 8-7-06 |
| DAVID Martinez   DEFENDANT. | VIOLATION: 21; 846 ₹ 841(a)(1) ₹ (b)(1)(A) (ii) |
| | DATE: 8 7 06   TIME: 3:00pm |
| | TAPE NUMBER: CR 8-7-06 |

| PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE Zarefsky | CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE |
|---|---|

PRESENT: Ilene Bernal     Rozella Oliver     N/A
         Deputy Clerk     Assistant U.S. Attorney     Interpreter / Language

☒ Defendant informed of charge and right to:  remain silent; appointment of counsel, if indigent; right to bail; bail review and
   ☐ preliminary hearing  OR  ☒ removal hearing / Rule 20.
☒ Defendant states true name ☒ is as charged ☐ is _____
☐ Defendant advised of consequences of false statement in financial affidavit. ☐ Financial Affidavit ordered **SEALED**.
☒ Attorney: Nick Reyes     ☒ Retd. ☐ Apptd. ☐ Prev. Apptd. ☐ DFPD ☐ Panel ☐ Poss. Contribution
   Ordered (see separate order)  ☒ Special appearance by: _____
☒ Government's request for detention is: ☐ GRANTED  ☐ DENIED  ☐ WITHDRAWN  ☒ CONTINUED
☒ Defendant is ordered: ☐ Permanently Detained     ☒ Temporarily Detained (see separate order)
☐ BAIL FIXED AT $_____ (SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)
☐ Government moves to UNSEAL Complaint/Indictment/Information/Entire Case: ☐ GRANTED  ☐ DENIED
☐ Preliminary Hearing waived.
☐ SUPER FAST TRACK     ☐ Defendant is advised of maximum penalties.
☐ This case is assigned to Magistrate Judge _____. Counsel are directed to contact the clerk for the
   setting of further proceedings.
☐ PO/PSA WARRANT     ☐ Counsel are directed to contact the clerk for District Judge _____
   the setting of further proceedings.
☐ Preliminary Hearing set for _____ at 4:30 PM
☐ Post-Indictment Arraignment set for: _____ at 8:30 AM in LA; at 3:00 PM in Riverside; at 10:00 AM in Santa Ana
☐ Government's motion to dismiss case/defendant _____ only: ☐ GRANTED  ☐ DENIED
☐ Defendant's motion to dismiss for lack of probable cause: ☐ GRANTED  ☐ DENIED
☐ Defendant executed Waiver of Rights. ☐ Process received.
☐ Court ORDERS defendant Held to Answer to _____ District of _____
   ☐ Bond to transfer, if bail is posted. Defendant to report on or before _____
   ☐ Warrant of removal and final commitment to issue.  ☐ Warrant of removal and final commitment are ordered stayed
      until _____
☒ Case continued to (Date) 8/9/06     (Time) 2:00 ☐ AM / ☒ PM
   Type of Hearing: Detn Hrg & P/P  Before Judge Zarefsky     /Duty Magistrate Judge.
   Proceedings will be held in the ☒ Duty Courtroom 341     ☐ Judge's Courtroom
☒ Defendant committed to the custody of the U.S. Marshal   ☐ Summons: Defendant ordered to report to USM for processing.
☐ Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.
☒ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.
   RELEASE ORDER NO: _____  8/9  Cont to 8/9/06, 11Am
☒ Other: Court orders warrant unsealed.

| ☐ PSA | ☐ FINANCIAL | ☐ READY |
|---|---|---|

cc: AUSA, Defendant's counsel                          Deputy Clerk Initials _____
    ☒ PSALA, ☐ PSASA, ☐ PSAED, ☐ USPO                          : 20
    ORIGINAL -WHITE COPY     PINK- PIA CLERK     YELLOW - STATS     GREEN - CRD

M-5 (11/04)          CALENDAR/PROCEEDINGS SHEET - LOCAL/OUT-OF-DISTRICT CASE          Page 1 of 1

AO 442 (Rev.5/85-AZ) Warrant for Arrest

# United States District Court

### District of Arizona

U.S. MARSHALS SERVICE
PHOENIX

**SEALED** 2006 AUG -7 PM 2: 39

## WARRANT FOR ARREST

United States of America

'06  JUL 26  11:55

V.

David Martinez

DISTRICT OF ARIZONA CASE NUMBER : CR-06-708-001-PHX-NVW

**To:**   The United States Marshal and any Authorized United States Officer

# 06-1456M

**YOU ARE HEREBY COMMANDED** to arrest ___**DAVID MARTINEZ**___

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order   Court

☐ Violation Notice   ☐ Petition for Probation Violation

☐ Petition for Violation of Pretrial Conditions

charging him or her with (brief description of offense): **Conspiracy to Possess with the Intent to Distribute Cocaine.**

In violation of: 21:846; 841(a)(1) &(b)(1)(A)(ii)

| | |
|---|---|
| RICHARD H. WEARE | CLERK OF COURT/DCE |
| Name of Issuing Officer | Title of Issuing Officer |
| *[signature]* | July 26, 2006, Phoenix, Arizona |
| Signature of Issuing Officer | Date and Location |
| Sally Turner | |
| (By) Deputy Clerk | |

Bail fixed at $_____

DOCKETED ON CM

**AUG 1 5 2006**

BY _____ 189

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at: | | |
| Date Received | Name and Title of Arresting Officer | Signature of Arresting Officer |
| Date of Arrest | | |

X FILED    ___ LODGED

```
                                    ___ FILED      ___ LODGED
                                    ___ RECEIVED   _X_ COPY

                                       JUL 2 5 2006

                                    CLERK U S DISTRICT COURT
                                      DISTRICT OF ARIZONA
                                    BY_____ DEPUTY
```

**06 - 1456M**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>    v.<br><br>1. David Martinez;<br>2. Jose Armando Quezada; and<br>3. Oscar Bautista Rodriguez;<br><br>    Defendants. | **CR06-0708PHX-NVW**<br><br>**I N D I C T M E N T**<br><br>VIO:  21 U.S.C. §.846 & 841(a)(1) and<br>      (b)(1)(A)(ii)<br><br>(Conspiracy to Possess with the Intent to Distribute Cocaine, a Controlled Substance)<br><br>Count 1 |

THE GRAND JURY CHARGES:

### COUNT 1

On or between July and August of 2005, in the District of Arizona and elsewhere, defendants DAVID MARTINEZ, JOSE ARMANDO QUEZADA, AND OSCAR BAUTISTA RODRIGUEZ did knowingly and intentionally combine, conspire, confederate, and agree together, and with other persons, unknown to the Grand Jury, to possess with the intent to distribute 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, its salts, optical and geometric isomers and salts of its isomers, a Schedule II Controlled

///
///

1    Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii).

2      In violation of Title 21, United States Code, Section 846.

3

4

5                               A TRUE BILL

6

7

8                               FOREPERSON OF THE GRAND JURY
                               Date: July 25, 2006

9

10 PAUL K. CHARLTON
     United States Attorney
     District of Arizona

11

12

13 GLENN B. McCORMICK
     Assistant U.S. Attorney

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                            2

I hereby attest and certify on 7-26-06
that the foregoing document is a full, true and correct
copy of the original on file in my office and in my
custody.

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

By _____ Deputy

FILED

2006 AUG -7 PM 2: 39

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | **06-1456M** |
| v. | |
| _Martinez, David_  DEFENDANT(S). | **REPORT COMMENCING CRIMINAL ACTION** |

TO:   CLERK'S OFFICE, U. S. DISTRICT COURT

All items are to be completed.  Information not applicable or unknown will be indicated as "N/A".

1.  Date and time of arrest _8-4-2006_    _12:00_    ☐ AM / ☑ PM

2.  Charges under which defendant has been booked at Metropolitan Detention Center (MDC):
    _21 USC 846, 841 conspiracy to possess with intent to distribute cocaine_

3.  Offense charged is a: ☒ Felony    ☐ Minor Offense    ☐ Petty Offense    ☐ Other Misdemeanor

4.  U.S. Citizen: ☑ Yes    ☐ No    ☐ Unknown

5.  Year of Birth: _1963_

6.  The defendant is: ☑ Presently in custody on this charge.
    ☐ At liberty on bond posted before a Magistrate Judge.
    ☐ At liberty and warrant is requested.
    ☐ Federal - In custody on another conviction.
    ☐ State - In custody awaiting trial on these charges.

**DOCKETED ON CM**

**AUG 1 5 2006**

BY _____ 190

7.  Place of detention (if out-of-district): _____

8.  Date detainer placed on defendant: _____

9.  This is a reprosecution of previously dismissed charges.  (Docket/Case No. _____)

10. Name of Pretrial Services Officer: _Duty Officer_

11. Remarks (if any): _____

12. Date: _8-7-06_          13. Signature: _Wasel_

14. Name: _Waseel Chenavo_          15. Title: _Special Agent_

---

(2)

FILED

2006 AUG -7 PM 2: 39

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY_____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

U.S.A

PLAINTIFF(S)

v.

CASE NUMBER

**06-1456M**

Martinez, David   DEFENDANT(S).

**AFFIDAVIT RE
OUT-OF-DISTRICT WARRANT**

The above-named defendant was charged by: _Indictment_
in the _____ District of _Arizona_____ on _7-26-06_
at _____ ☐ a.m. / ☐ p.m.  The offense was allegedly committed on or about _____
in violation of Title _21_ . _____ U.S.C., Section(s) _846, 841_
to wit: _____

A warrant for defendant's arrest was issued by: _US District Court of Arizona_

Bond of $_____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on ___AUG 0 7 2006___, by

**ROSALIND TYUS-SIMON**_____, Deputy Clerk.

_____
Signature of Agent

_WAseel chenavo_
Print Name of Agent

DOCKETED ON CM

AUG 1 5 2006

BY_____189

_DEA_
Agency

_Special Agent_
Title

CR-52 (05/98)   AFFIDAVIT RE OUT-OF-DISTRICT WARRANT

# U.S. District Court
# CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
# CRIMINAL DOCKET FOR CASE #: 2:06-mj-01456-DUTY-ALL

Case title: USA v. Martinez

Date Filed: 08/07/2006

Assigned to: Duty Magistrate Judge

**Defendant**

**David Martinez** (1)
*TERMINATED: 08/14/2006*

represented by **Nicholas F Reyes**
Nicholas F Reyes Law Offices
1107 R St
Fresno, CA 93721
559-486-4500
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| | |
|---|---|
| **Pending Counts** | **Disposition** |
| None | |
| **Highest Offense Level (Opening)** | |
| None | |
| **Terminated Counts** | **Disposition** |
| None | |
| **Highest Offense Level (Terminated)** | |
| None | |
| **Complaints** | **Disposition** |
| Defendant in violation of 21: 846, 841 | The Court orders defendant Held to Answer to District of Arizona, Phoenix |

**Plaintiff**

**USA**

| Date Filed | # | Docket Text |
|---|---|---|
| 08/04/2006 | ●5 | NOTICE OF REQUEST FOR DETENTION filed by Plaintiff USA as to Defendant David Martinez (ha) (Entered: 08/15/2006) |
| | | |

CM/ECF - California Central District Docket Report
Case 2:06-cr-00768-NVW Document 19 Filed 08/21/06 Page 20 of 21

| 08/07/2006 | ●1 | AFFIDAVIT RE: OUT-OF-DISTRICT WARRANT (Rule 5(c)(3)) filed as to defendant David Martinez, originating in the District of Arizona, Phoenix. Defendant charged in violation of: 21: 846, 841. Signed by agent Waseel Chenavo, DEA, Special Agent. (ha, ) (Entered: 08/15/2006) |
|---|---|---|
| 08/07/2006 | ●2 | REPORT COMMENCING CRIMINAL ACTION as to Defendant David Martinez; defendants Year of Birth: 1963; date of arrest: 8/4/2006 (ha) (Entered: 08/15/2006) |
| 08/07/2006 | ●3 | Defendant David Martinez arrested on warrant issued by the USDC District of Arizona at Phoenix. (ha) (Entered: 08/15/2006) |
| 08/07/2006 | ●4 | MINUTES OF ARREST ON OUT OF DISTRICT WARRANT held before Magistrate Judge Ralph Zarefsky as to Defendant David Martinez. Defendant arraigned and states true name is as charged. Attorney: Nicholas F Reyes for David Martinez, Retained, present. Court orders defendant temporarily detained. Defendant remanded to the custody or currently in the custody of the US Marshal. Detention Hearing set for 8/9/2006 at 02:00 PM before Magistrate Judge Ralph Zarefsky. Tape #: CR 8/7/06. (ha) (Entered: 08/15/2006) |
| 08/07/2006 | ●6 | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT by Magistrate Judge Ralph Zarefsky as to Defendant David Martinez. Detention hearing is set for Wednesday, 8/9/06, at 2:00 p.m. before Honorable Ralph Zarefsky, in Courtroom 341 - Royabal Bldg. (ha) (Entered: 08/15/2006) |
| 08/09/2006 | ●7 | WAIVER of Rule 5(c)(3) Hearings by David Martinez. Waiving right(s) to have an identity hearing. (ha) (Entered: 08/15/2006) |
| 08/09/2006 | ●8 | MINUTES OF Detention Hearing held before Magistrate Judge Ralph Zarefsky as to Defendant David Martinez, The Court Orders the defendant permanently detained. Defendant held to answer to District of Arizona, Phoenix.Tape #: CR 8/9/06. (ha) (Entered: 08/15/2006) |
| 08/09/2006 | ●9 | ORDER OF DETENTION by Magistrate Judge Ralph Zarefsky as to Defendant David Martinez, (ha) (Entered: 08/15/2006) |
| 08/14/2006 | ●10 | WARRANT OF REMOVAL AND COMMITMENT by Magistrate Judge Ralph Zarefsky that Defendant David Martinez be removed to the District of Arizona, Phoenix (ha) (Entered: 08/15/2006) |



**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
WESTERN DIVISION
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**SHERRI R. CARTER**
District Court Executive and
Clerk of Court

August 15, 2006

Clerk, United States District Court
401 W. Washington Street
Suite 130, SPC 1
Phoenix, AZ 85003-2118

```
____ FILED          ____ LODGED
 X  RECEIVED        ____ COPY

       AUG 2 1 2006

  CLERK U S DISTRICT COURT
    DISTRICT OF ARIZONA
BY_____ DEPUTY
```

Re:     Transfer to U.S. Magistrate Judge

Case No. _06-1456 M_

Case Title: _USA v. David Martinez_

Dear Sir/Madam:

Pursuant to Rule 40 of the Federal Rules of Criminal Procedure, enclosed are the following:

- ☒ Certified copy of entire case file.
- ☒ Certified copy of docket sheet
- ☐ Letter re status of property bond
- ☐ Original bond enclosed
  - ☐ Original bond to be forwarded by the Fiscal Section
  - ☒ Certified copy of final commitment
  - ☐ Original Passport
  - ☐ Original Declaration re: Passport
- ☐ Other _____

Please acknowledge receipt on the copy of this letter and return to this office.

Sincerely,

Clerk, U.S. District Court

*Hilda Avila*

By _____
      Hilda Avila
      Deputy Clerk 213-894-5297

cc:  *U.S. Attorney (Central District of California)*
      *U.S. Attorney (Receiving district)*

Receipt of the above-described documents is acknowledged herewith and assigned case number:
_CR 06- 708- PHx - NVW_ .

Clerk, U.S. District Court

**SALLY TURNER**

_8-21-06_                                    By _____
Date                                                 Deputy Clerk

CR-48 (01/01)                    **LETTER RE:  RULE 40 - TRANSFER OUT**